SAMUEL W. JACKSON et al., Executors, etc., Respondents, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued June 1, 1874; decided June 9, 1874.)

*Samuel Hand* for the appellant.

*R. W. Peckham* for the respondents.

Agree to affirm on opinion of BOARDMAN, J., in court below.
All concur.
Judgment affirmed.

---

THE GROCERS' BANK OF THE CITY OF NEW YORK, Appellant, *v.* WILLIAM FITCH, Respondent.

(Argued June 1, 1874; decided June 9, 1874.)

*J. M. Guiteau* for the appellant.

*E. A. Doolittle* for the respondent.

Agree to affirm on opinion of BRADY, J., in court below.
All concur.
Order affirmed.